# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ERIC WARREN GREEN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 12-9251-JVS(AJW) |
| v. | |
| JULIANA V. WIARD, ET AL. | ORDER |
| DEFENDANT(S). | (FAILURE TO PAY FILING FEE) |

On November 7, 2012, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $ 350.00, provided plaintiff paid to the Clerk of Court an initial partial payment and subsequent partial payments of the filing fee.

[✓] By Order to Show Cause re Dismissal for Failure to Pay Initial Partial Payment of the Filing Fee dated January 25, 2013, plaintiff was given notice that unless the initial partial payment of $ 3.36 was received on February 18, 2013, the above-referenced action may be dismissed without prejudice. No initial partial payment of the filing fee has been received.

[ ] By Order to Show Cause for Failure to file certified copy of plaintiff's prison trust account statement dated _____, plaintiff was given notice that failure to file a certified copy of plaintiff's prison trust account statement for the last sixty (60) days, no later than twenty-one (21) days from the date of the Order to Show Cause, may lead to the dismissal without prejudice of the above-referenced action. No certified copy of the prison trust account has been received.

IT IS SO ORDERED that judgment shall be entered dismissing without prejudice the complaint and action due to plaintiff's failure to comply with 28 U.S.C. § 1915.

3.13.13
Date

United States District Judge

FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY