**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **GUILLERMINA GARCIA DE CHAVEZ,**<br><br>      Plaintiff,<br><br>      v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of the Social**<br>**Security Administration,**<br><br>      Defendant. | Case  No. ED CV 12-0654 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

March 14, 2013

_/s/ Andrew J. Wistrich_
ANDREW J. WISTRICH
United States Magistrate Judge