1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## EASTERN DIVISION

11

| GUILLERMINA GARCIA DE CHAVEZ, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case  No. ED CV 12-0654 AJW |
| | ) | |
| v. | ) | |
| | ) | **J U D G M E N T** |
| CAROLYN W. COLVIN, | ) | |
| **Acting Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

17

18          **IT IS ADJUDGED** that defendant's decision is **affirmed**.

19

20

21   March 14, 2013

22

23

24          _____
          ANDREW J. WISTRICH
          United States Magistrate Judge

25

26

27

28